### 22070. PUCKETT *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the overruling of the motion for a new trial, based on the usual general grounds only, was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*R. D. Feagin, F. L. Clements,* for plaintiff in error.
*John Y. Roberts, solicitor,* contra.